In the Matter of the Application of JOHN CASHMORE, Individually and as Vice-Chairman of the Council Created under the New York City Charter, Petitioner, Respondent, for an Order against A. NEWBOLD MORRIS, as President of the Council, JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellants, and A. NEWBOLD MORRIS and Others, as Members of the Council, Defendants.

First Department, April 14, 1938.

*William C. Chanler* of counsel [*William S. Gaud, Jr.,* with him on the brief; *William C. Chanler, Corporation Counsel,* attorney], for the appellants.

*Alfred J. Talley* of counsel [*E. Ivan Rubenstein* and *George Rosling* with him on the brief; *Rubenstein & Rosling,* attorneys], for the petitioner, respondent.

PER CURIAM. For the reasons stated in the opinion in *Morris* v. *Cashmore* (253 App. Div. 657), the order should be affirmed.

Present — MARTIN, P. J., O'MALLEY, GLENNON, COHN and CALLAHAN, JJ.

Order unanimously affirmed.